**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

CLARE RAY,

Plaintiff,

CASE NO. 4:25cv41

**v.**

DUNBAR SECURITY,

Defendants,

**JUDGMENT IN A CIVIL CASE**

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** – This action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)

**DATED:** 6/11/2026

Laura G. Griffin, Clerk

By: ______/s/____________
D. Brandt, Deputy Clerk